■ DENNIS PEARSON et al., Appellants, v RONALD W. KRUPKA, Respondent. (Appeal No. 2.) [612 NYS2d 983] —Appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J. —Set Aside Verdict.) Present—Denman, P. J., Pine, Fallon, Callahan and Davis, JJ.

■ NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION, Respondent, v AARON L. LUSTIG, Appellant. [610 NYS2d 917] —Order unanimously affirmed with costs (see, State of N. Y. Higher Educ. Servs. Corp. v Starr, 179 AD2d 992, lv denied 80 NY2d 757). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Denman, P. J., Pine, Fallon, Callahan and Davis, JJ.